UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEROME MILLER                                          CIVIL ACTION

VERSUS                                                 NUMBER: 12-1457

WARDEN LYNN COOPER                                     SECTION: "I"(5)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Jerome Miller, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 2nd day of April, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE